UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**TRENTON**  **January 17, 2024**
**OFFICE**  **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**
**Digitally Recorded: John Moller**

**TITLE OF CASE**:  18-CV-13092 (ZNQ)

PAUL C. WILLIAMS
     V.
RICHARD BOSLEY

**APPEARANCES:**

Paul C. Williams, pro se plaintiff
Thomas E. Monahan, for defendants'

**NATURE OF PROCEEDING:**

Telephone Conference held.
Plaintiff's settlement position will be submitted, *ex parte*, to the Court by 1/26/2024.   If this matter does not settle, the Final Pretrial conference will be set.

TIME COMMENCED:     11:34 a.m.
TIME ADJOURNED:     11:58 a.m.                                         s/ John Moller
TOTAL TIME:   24 MINUTES                                                   Deputy Clerk