UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**PAUL C. WILLIAMS**,

       Plaintiff,

       v.

**RICHARD BOSLEY,** *et al.*,

       Defendants.

Civil Action No. 18-13092 (ZNQ) (TJB)

**ORDER**

**QURAISHI, District Judge**

      **THIS MATTER** comes before the Court upon a Motion for Recusal filed by Plaintiff Paul C. Williams. ("Motion," ECF No. 116.) For the reasons set forth in the accompanying Opinion,

      **IT IS** on this **28th** day of **January 2026**,

      **ORDERED** that Plaintiff's Motion (ECF No. 116) is hereby **DENIED**; it is further

      **ORDERED** that the Court's January 22, 2026 Text Order (ECF No. 111) is hereby **VACATED**; it is further

      **ORDERED** that by no later than **February 3, 2026**, any recordings of the Court proceedings in this matter must be destroyed and their retrieval must be sought from any third parties; it is further

      **ORDERED** that the parties are instructed to re-request any transcripts they seek; and it is further

      **ORDERED** that Craig S. Hilliard's appointment as stand-by counsel for Plaintiff is hereby **TERMINATED**.

                                                      s/ Zahid N. Quraishi
                                                      **ZAHID N. QURAISHI**
                                                      **UNITED STATES DISTRICT JUDGE**